**Orlando FIORAVANTI, Appellant,**

v.

**Jeffrey BEARD, Secretary, Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

May 4, 2004.

## ORDER

PER CURIAM.

AND NOW, this 4th day of May, 2004, probable jurisdiction is noted and the order appealed is affirmed.